```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONION ESTRADA MELCHOR,

                         Plaintiff,            **19-CV-11277 (MKV)**

      -against-                          **ORDER SCHEDULING TELEPHONE CONFERENCE**

MILANO MARKET PLACE INC., et al.,

                         Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred to me for settlement purposes (docket no. 51). A telephone conference will be held on **Tuesday, September 10, 2020 at 12:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

DATED:    New York, New York
              August 14, 2020

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge