UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO ESTRADA MELCHOR, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

MILANO MARKET PLACE INC. d/b/a MILANO MARKET, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2020

1:19-cv-11277

<u>ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

    On September 30, 2020, Plaintiff informed the Court that it had reached a consensual resolution of this case with all Defendants [ECF No. 55]. Subsequently, the parties submitted a letter and documentation supporting the fairness of the settlement [ECF No. 58].

    The Court has reviewed these documents for fairness in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). In addition, the Court held a hearing on December 1, 2020. For the reasons stated on the record at the hearing, the Court has concluded that the terms of the proposed settlement are fair and reasonable. It should be noted, however, that in approving the settlement, the Court is not opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff or the application of the lodestar multiplier in FLSA cases. The Settlement Agreement as a whole is approved as fair and reasonable in light of all the circumstances, including that it appears to be the product of an arms-length negotiation.

Accordingly, the settlement is approved and IT IS HERERBY ORDERED that the case be dismissed with prejudice as to all Defendants.

**SO ORDERED.**

Date:  **December 1, 2020**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**