```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIO ESTRADA MELCHOR, individually and on behalf of others similarly situated,

                              Plaintiff,

                        -against-

MILANO MARKET PLACE INC. (D/B/A MILANO MARKET), MILANO MARKET, INC. (D/B/A MILANO MARKET), LUISA MARIE INC. (D/B/A MILANO MARKET), 2892 BROADWAY MARKET INC. (D/B/A MILANO MARKET), ROCKY 123 INC. (D/B/A MILANO MARKET), CAMILLO GALOFARO, ANTHONY GALOFARO, LUISA MARIE LICCIARDI, JOSE DOE, and JONATHAN DOE,

                              Defendants.
------------------------------------------------------------------------X

Case No.: 19-cv-11277-MKV

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice, against all Defendants, pursuant to Federal Rule of Civil Procedure 41 (a)(l)(A)(ii).

*Attorneys for Plaintiff*

_____
Jesse S. Barton, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email:  jbarton@faillacelaw.com

Dated:  December 1, 2020

*Attorneys for Defendants*

_____
Michael R. Fleishman, Esq.
Goetz Fitzpatrick LLP
One Penn Plaza, Suite 3100
New York, New York 10119
Tel:  (212) 695-8100
Fax:  (212) 629-4013
Email:  mfleishman@goetzfitz.com

Dated:  December 1, 2020

SO ORDERED: _/s/ Mary Kay Vyskocil_____
                 Mary Kay Vyskocil
                 United States District Judge
                 Dated: December 1, 2020
                 New York, NY

{00037589 - 1}